**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROWEN PETROLEUM PROPERTIES, LLC,<br>          Plaintiff,<br>     v.<br>HOLLYWOOD TANNING SYSTEMS, INC., HOLLYWOOD TANS, LLC, HT SYSTEMS, LLC, TAN HOLDINGS, LLC, RALPH VENTO, SR., RALPH VENTO, JR., DAVID N. RAHN, INDIVIDUAL DEFENDANTS 1 THROUGH 10,<br>          Defendants. | CIVIL NO. 08-4764(NLH)(AMD)<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS HEREBY on this 12th day of March, 2010

ORDERED that plaintiff's motion for leave to amend [71, 75] is GRANTED, and plaintiff's fourth amended complaint is deemed to be filed as of September 23, 2008; and it is further

ORDERED that defendant Tan Holdings, LLC's motion for judgment on the pleadings [76] is DENIED; and it is further

ORDERED that defendant Tan Holdings, LLC's motion for sanctions and plaintiff's cross-motion for sanctions [85, 90] are DENIED.

                                        s/ Noel L. Hillman
At Camden, New Jersey            NOEL L. HILLMAN, U.S.D.J.