IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROWEN PETROLEUM PROPERTIES, LLC, <br><br>   Plaintiff, <br><br> v. <br><br>HOLLYWOOD TANNING SYSTEMS, INC., HOLLYWOOD TANS, LLC, HT SYSTEMS, LLC, TAN HOLDINGS, LLC, RALPH VENTO, SR., RALPH VENTO, JR., DAVID N. RAHN, INDIVIDUAL DEFENDANTS 1 THROUGH 10, <br><br>   Defendants. | CIVIL NO. 08-4764(NLH)(AMD) <br><br><br>**ORDER** |

**APPEARANCES:**
RONALD L. DAVISON
RICHARD THOMAS WELCH
STARR, GERN, DAVISON & RUBIN, PC
105 EISENHOWER PARKWAY
ROSELAND, NJ 07068
 *On behalf of Plaintiff*,

JOHN H. SCHMIDT , JR.
LINDABURY, MCCORMICK & ESTABROOK, PC
53 CARDINAL DRIVE
PO BOX 2369
WESTFIELD, NJ 07091-2369
 *On behalf of Defendants Hollywood Tanning Systems, Inc., Ralph Venuto, Sr., Ralph Venuto, Jr., David N. Rahn*

**HILLMAN**, District Judge

  For reasons explained in this Court's Opinion entered today, it is hereby on this <u> 28th </u> day of <u>September</u>, 2012,

  **ORDERED** that defendants' motion for partial summary judgment [162] is **GRANTED**; and

  **IT IS FURTHER ORDERED** that plaintiff's cross motion for partial summary judgment [165] is **GRANTED,** but its request for

attorneys' fees is **DENIED WITHOUT PREJUDICE.**

                                                                                       /s/ Noel L. Hillman
                                                                                       NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey